IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02759-PAB-KMT

ROCKY MOUNTAIN TRACKING, INC.,

    Plaintiff,

v.

RICHARD D. FRY, an Individual,
MARK PHILLIPS, an Individual, and
ROBERT PHILLIPS, an Individual,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court on plaintiff's Motion to Dismiss With Prejudice [Docket No. 27]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Motion to Dismiss With Prejudice [Docket No. 27] is GRANTED. It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED January 30, 2012.

                                       BY THE COURT:

                                       s/Philip A. Brimmer
                                       PHILIP A. BRIMMER
                                       United States District Judge